UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-81154-WPD

HOWARD COHAN,

Plaintiff,

vs.

TESLA MOTORS FL, INC.,
a Florida Profit Corporation,
d/b/a TESLA,

Defendant(s).
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, TESLA MOTORS FL, INC., a Florida Profit Corporation, d/b/a TESLA, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 30, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Robert D. Pecchio**
Robert D. Pecchio, Esq.
BUCHANAN INGERSOLL & ROONEY
401 E. Las Olas Boulevard, Suite 2250
Fort Lauderdale, Florida 33301
Telephone: (954) 468-2300
Facsimile: (954) 527-9915
Robert D. Pecchio, Esq.
Fla. Bar No.: 1005955
robert.pecchio@bipc.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**