UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81154-CIV-DIMITROULEAS

HOWARD COHAN,

Plaintiff,

vs.

TESLA MOTORS FL, INC.,
a Florida Profit Corporation
doing business as
Tesla,

Defendant.
______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before this Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 23], filed February 20, 2025. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 23] is **APPROVED**;
2. The action is **DISMISSED WITH PREJUDICE**.
3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of February, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

All Counsel of Record